Local Form 1007

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF WISCONSIN

In re:

**Carly R Belding**

Debtor(s).

Chapter 7

Case No. _____

## PAYMENT ADVICE COVER SHEET

*Please check the appropriate box*

**For Debtor:**

- [ ] Payment advices (pay stubs) for the 60 days prior to the petition are attached. (Please redact social security numbers and any other information restricted by applicable privacy regulations)
- [x] No payment advices (pay stubs) are attached (the debtor received no income or payment from any employer during the 60 days prior to filing the bankruptcy petition).
- [ ] No payment advices (pay stubs) attached for other reason, or some payment advices are missing (please explain). ____

**For Joint Debtor, if applicable:**

- [ ] Payment advices (pay stubs) for the 60 days prior to the petition are attached. (Please redact social security numbers and any other information restricted by applicable privacy regulations)
- [ ] No payment advices (pay stubs) are attached (the debtor received no income or payment from any employer during the 60 days prior to filing the bankruptcy petition).
- [ ] No payment advices (pay stubs) attached for other reason, or some payment advices are missing (please explain). ____

Dated: **December 21, 2023**

/s/ Anthony J. Kryshak II
Anthony J. Kryshak II 1063950
Attorney for Debtor
Kryshak Law Office, LLC
6300 76th Street Ste 200
Kenosha, WI 53142
262.764.2022
anthony@kryshaklawoffice.com

1