United States Bankruptcy Court
Eastern District of Wisconsin

| | |
|---|---|
| In re: | Case No. 23-25865-beh |
| Carly R Belding | Chapter 7 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0757-2 | User: admin | Page 1 of 1 |
| Date Rcvd: Feb 28, 2024 | Form ID: nfinmgt | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol**     **Definition**
+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 01, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Carly R Belding, 2613 Arlington Ave, Racine, WI 53403-4204 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 01, 2024      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 28, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew N. Herbach | WI13@ecfcbis.com |
| Anthony J. Kryshak | on behalf of Debtor Carly R Belding anthony@kryshaklawoffice.com |
| Office of the U. S. Trustee | ustpregion11.mi.ecf@usdoj.gov |

TOTAL: 3

In re  
Carly R Belding,  
        Debtor.

Chapter 7  
Case No. 23−25865−beh

**NOTICE TO THE DEBTOR REGARDING THE REQUIREMENT TO FILE A CERTIFICATE OF COMPLETION OF COURSE CONCERNING PERSONAL FINANCIAL MANAGEMENT**

    PLEASE TAKE NOTICE that, subject to limited exceptions, you must complete an instructional course in personal financial management after filing your bankruptcy case to receive a discharge under 11 U.S.C. § 727. This course is different from (and in addition to) the credit counseling you were required to attend before filing the bankruptcy case. <u>You must have completed the instructional course in personal financial management **after** you filed your bankruptcy case</u>.

    PLEASE TAKE FURTHER NOTICE that **if, by 60 days after the date first set for the meeting of creditors, you do not file the certificate showing that you completed the course in personal financial management, or show the Court why you are not required to do so, the Court will close your case without a discharge.** If this happens, the court will not grant you a discharge unless you file a motion to reopen the case, pay the full case reopening fee (currently $260), and file the certificate.

Dated: February 28, 2024

**SEAN D. MCDERMOTT**  
Clerk of Court