UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

In Re:                                         Case No.: 23-25865 beh
**Carly R Belding**                      Chapter 7

## MOTION TO DELAY DISCHARGE

        The Debtor, by her attorney Anthony J. Kryshak II, hereby submits this Motion to Delay Discharge in order to complete the personal financial management course and file the certificate of completion. In support of this Motion, the Debtor respectfully states as follows:

        (1)       The above-entitled case was commenced by the filing of a voluntary petition under Chapter 7 on December 22, 2023.

        (2)       The last day to oppose discharge or dischargeability is March 29, 2024.

        (3)       The Debtor had some medical issues and needs additional time to complete her personal financial management course.

        WHEREFORE, the Debtor respectfully requests that the Court delay the Debtor's discharge from his Chapter 7 bankruptcy until April 29, 2024 to allow time for completion of the personal financial management course.

        Dated this 28th day of March, 2024.

                                                             By:     _/s/ Anthony J. Kryshak II_
                                                                                 Anthony J. Kryshak II
                                                                                 Attorney for the Debtor
                                                                                 Bar #: 1063950

Anthony J. Kryshak
Kryshak Law Office, LLC
6300 76th Street Suite 200
Kenosha, WI 53142
Phone: (262) 764-2022
Fax: (262)764-2043
Email: anthony@kryshaklawoffice.com