## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| In Re: | Chapter 7 |
| **Carly R Belding** | Case No. 23-25865 beh |
| **Debtor** | |

## ORDER DELAYING DISCHARGE

    Upon consideration of the Debtor's Motion to Delay the Entry of Discharge to allow time for completion of the personal financial management course,

IT IS HEREBY ORDERED: the Debtor's discharge from her Chapter 7 bankruptcy is hereby delayed until April 29, 2024 to allow time for completion of the personal financial management course.

#####