So Ordered.

Dated: April 1, 2024



Beth E. Hanan
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF WISCONSIN**

| | |
|---|---|
| **In Re:** | **Chapter 7** |
| **Carly R Belding** | **Case No. 23-25865 beh** |
| **Debtor** | |

**ORDER DELAYING DISCHARGE**

Upon consideration of the Debtor's Motion to Delay the Entry of Discharge to allow time for completion of the personal financial management course,

IT IS ORDERED: the Debtor's discharge from her Chapter 7 bankruptcy is delayed until April 29, 2024 to allow time for completion of the personal financial management course.

#####