United States Bankruptcy Court
Eastern District of Wisconsin

| | |
|---|---|
| In re: | Case No. 23-25865-beh |
| Carly R Belding | Chapter 7 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0757-2 | User: adkt | Page 1 of 1 |
| Date Rcvd: Apr 01, 2024 | Form ID: pdfhrg | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 03, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Carly R Belding, 2613 Arlington Ave, Racine, WI 53403-4204 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 03, 2024      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 1, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew N. Herbach | WI13@ecfcbis.com |
| Anthony J. Kryshak | on behalf of Debtor Carly R Belding anthony@kryshaklawoffice.com |
| Office of the U. S. Trustee | ustpregion11.mi.ecf@usdoj.gov |

TOTAL: 3

So Ordered.

Dated: April 1, 2024



_____
Beth E. Hanan
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF WISCONSIN**

| | |
|---|---|
| **In Re:** | **Chapter 7** |
| **Carly R Belding** | **Case No. 23-25865 beh** |
| **Debtor** | |

**ORDER DELAYING DISCHARGE**

Upon consideration of the Debtor's Motion to Delay the Entry of Discharge to allow time for completion of the personal financial management course,

IT IS ORDERED: the Debtor's discharge from her Chapter 7 bankruptcy is delayed until April 29, 2024 to allow time for completion of the personal financial management course.

#####